DANIEL MANDEL, Appellant, *v.* DAVID BRODSKY, Respondent.

Supreme Court, Appellate Term, First Department, June 29, 1951.

*Aaron I. Schwartz* for appellant.

*Pincus Cashman* for respondent.

*Per Curiam.* There can be no question but that section 164 of the Civil Practice Act as amended in 1934 (L. 1934, ch. 504), governed the service of the summons in this proceeding in 1936. The case of *Schulte Real Estate Co.* v. *Pirkig* (191 Misc. 926), therefore, does not apply.

The order should be reversed, with $10 costs and disbursements, and judgment reinstated.

HAMMER and EDER, JJ., concur; HOFSTADTER, J., concurs in result.

Order reversed, etc.